**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAE MASSEY, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAR NURSING, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01482-EJD<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         October 20, 2022<br>Time:         9:00 a.m.<br>Courtroom:  4 (San Jose Courthouse) |

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

0

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 20, 2022 at 9:00 a.m. in Courtroom 4 of the San Jose Courthouse for the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA 95113, the Honorable Edward J. Davila presiding, Plaintiff Sharae Massey ("Plaintiff") will and hereby does move for entry of an Order:

1. Preliminarily approving the terms of the Settlement Agreement and Release ("Settlement") – which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence – as fair, reasonable, and adequate;

2. Conditionally certifying the following proposed Rule 23 class and Fair Labor Standards Act ("FLSA") collective (hereafter "Settlement Class") for purposes of the Settlement only:

> All non-exempt hourly employees employed by Star Nursing, Inc. in California who, at any time from March 2, 2017 through the date of this Order, worked one or more workweeks in which they were paid overtime and received a stipend.

3. Appointing Plaintiff as representative of the Settlement Class;

4. Appointing Hayes Pawlenko LLP as class counsel for the Settlement Class;

5. Approving the manner and content of the notice of settlement prescribed by the Settlement as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

6. Appointing CPT Group, Inc. as the settlement administrator, preliminarily approving settlement administration costs of $10,500, and directing the settlement administrator to disseminate notice in accordance with the Settlement; and

/ / /

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

7. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: April 19, 2022                    **HAYES PAWLENKO LLP**

                                             By:/s/Matthew B. Hayes
                                                 Matthew B. Hayes
                                                 Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

2