HAYES PAWLENKO LLP
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAE MASSEY, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAR NURSING, INC.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01482-EJD<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:        February 23, 2023<br>Time:       9:00 a.m.<br>Courtroom: 4 (San Jose Courthouse) |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

0

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 23, 2023 at 9:00 a.m. in Courtroom 4 of the San Jose Courthouse for the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA 95113, the Honorable Edward J. Davila presiding, Plaintiff Sharae Massey ("Plaintiff") will and hereby does move for entry of an Order finally approving the Settlement Agreement & Release ("Settlement") submitted at Docket No. 35-4. Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED:  December 19, 2022                HAYES PAWLENKO LLP

                                                                  By:/s/Matthew B. Hayes
                                                                     Matthew B. Hayes
                                                                     Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**